UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZEWEE MPALA | : | |
| | : | |
| VS. | : | NO. 3:13cv1226(AVC) |
| | : | |
| PAUL SIRES | : | MARCH 8, 2017 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned respectfully moves to withdraw her appearance on the ground that the attorney-client relationship has broken down and the plaintiff has expressly instructed the firm of the undersigned to take no further action of any kind on his behalf.

The last known address of the plaintiff is 358 Orange Street, Apartment 916, New Haven, CT 06510, email: el.oveja.negro7650@gmail.com

A notice of this proposed withdrawal and of the potential consequences thereof has been mailed to the plaintiff at the above address via certified mail, return receipt requested, and a copy thereof is attached hereto as *Exhibit A*.

1

Respectfully submitted:

           /s/       (ct28819)
ROSE LONGO-McLEAN (ct28819)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
r.l.mclean@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

             /s/
JOHN R. WILLIAMS

# *EXHIBIT A*

### NOTICE OF MOTION TO WITHDRAW APPEARANCE

TO:   Mr. Zeewee Mpala
      358 Orange Street
      Apartment 916
      New Haven, CT 06510
      el.oveja.negro7650@gmail.com

The undersigned is filing a motion which seeks the court's permission to no longer represent you in the above captioned case.

If you wish to be heard, you should contact the clerk's office at 141 Church Street, New Haven, CT 06510.

You may file with the clerk, in writing, your position with respect to the motion.

If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court.

If you do neither, you will not receive notice of court proceedings in this case and a nonsuit or default judgment may be rendered against you.

        /s/      (ct28819)
ROSE LONGO-McLEAN
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
Email: r.l.mclean@johnrwilliams.com